LAWRENCE G. BROWN
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARKSIDE MARKET, a California General Partnership, by Mansoor Abdulla, General Partner, <br><br>    Plaintiff, <br><br>    v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | 1:08-cv-01853 OWW/SMS <br><br> STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT AND SCHEDULING CONFERENCE DATE; ORDER RE SAME |

Plaintiff Parkside Market ("Plaintiff") and defendant United States of America ("Defendant") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline for Defendant to respond to the Complaint for Review of Adverse Administrative Decision fo USDA to and including April 24, 2009.

The parties further agree to continue the date of the scheduling conference currently set for April 29, 2009 at 8:15 in

Courtroom 3 of the above-entitled court to May 29, 2009 at 8:15 a.m. in Courtroom 3.

The parties base this stipulation on good cause, which includes the need for Defendant to review the allegations in the Complaint and respond accordingly. The parties agree that this short extension of the time for the Defendant to respond will not cause any prejudice to the parties as this action was recently commenced.

Accordingly, the parties stipulate and agree to continue the time for Defendant to file a responsive pleading and the scheduling conference as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Defendant's response to Complaint | March 27, 2009 | **April 24, 2009** |
| Scheduling Conference | April 29, 2009 | **May 29, 2009** |

Respectfully submitted,

Dated: March 26, 2009
LAWRENCE G. BROWN
Acting United States Attorney

/s/ Alyson A. Berg
ALYSON A. BERG
Attorneys for Defendant

Hawkins & Bohman

Dated: March 24, 2009
/s/Scott C. Hawkins
SCOTT C. HAWKINS
Attorney for Plaintiff

1 | IT IS SO ORDERED.
2 | Dated:   March 26, 2009                        /s/ Oliver W. Wanger
  |                                            UNITED STATES DISTRICT JUDGE