1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant United States of America

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  PARKSIDE MARKET, a California      )    1:08-cv-01853 OWW/SMS
    General Partnership, by            )
    Mansoor Abdulla, General           )    **STIPULATION FOR DISMISSAL;**
12  Partner,                           )    **ORDER**
                                       )
13                 Plaintiff,          )
                                       )
14        v.                           )
                                       )
15  UNITED STATES OF AMERICA,          )
                                       )
16                 Defendant.          )
                                       )
17  _____   )

18        Pursuant to the terms of a written Settlement and Release Agreement as well as the

19  provisions of Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their

20  respective counsel, hereby stipulate that this action be dismissed with prejudice.

21        IT IS SO STIPULATED.

22                      Respectfully submitted,

23  Hawkins & Bohman              BENJAMIN B. WAGNER
                                  United States Attorney
24

25   /s/Scott C. Hawkins_____        By:_ /s/Alyson A. Berg_____
    Scott C. Hawkins                   Alyson A. Berg
26  Attorney for Plaintiff             Attorney for Defendant

27  Dated: November 23, 2009           Dated: December 2, 2009

28  ///

                                     1

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs..

IT IS SO ORDERED.

**Dated:    December 2, 2009**                    _____/s/ Oliver W. Wanger_____
                                                                       UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL; ORDER